Lafayette L. **BROWN**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 51282.

Missouri Court of Appeals,
Western District.

June 4, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 30, 1996.

Susan L. Hogan, Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Jill C. LaHue, Assistant Attorney General, Jefferson City, for respondent.

Before LAURA DENVIR STITH, P.J., and ULRICH and SMART, JJ.

### ORDER

PER CURIAM:

Lafayette L. Brown appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. Mr. Brown contends that his guilty plea was entered unknowingly, unintelligently and involuntarily because counsel was ineffective in failing to investigate whether the state had sufficient information to support a conviction prior to entry of the plea.

**152**

We have reviewed the briefs of the parties and the record on appeal and find no error. Because a published opinion would have no precedential value, we affirm by this summary order under Rule 84.16(b) but have furnished the parties with a memorandum opinion, for their information only, setting forth our reasoning.

Affirmed. Rule 84.16(b).